IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:24-00044-KD-N |
| | ) |
| **AMBER TRUNEISE TELLIS,** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **AMBER TRUNEISE TELLIS**, by consent (Doc. 20), appeared along with her counsel of record, Colin Fitzpatrick, Esq., before the undersigned Magistrate Judge on May 10, 2024, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The Defendant, after waiving prosecution by Indictment (Doc. 19), entered a plea of guilty to Count One of the Information charging a violation of Title 18, United States Code Section 1343 (Wire Fraud). (Docs. 18).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that waiver of the Indictment and guilty plea to the Information was made knowingly and voluntarily and that the offenses charged in the Information are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **AMBER TRUNEISE TELLIS**, be adjudged guilty and have sentence imposed accordingly.

Defendant's sentencing hearing before District Judge Kristi K. DuBose is set for **September 6, 2024, at 9:00 a.m. (Central Time)** in Courtroom 4B of the United States District Courthouse located at 155 St. Joseph Street, Mobile, AL 36602, pending the adoption of this Report and Recommendation.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**DONE** this the 14th day of May 2024.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**