**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 24-00044-KD |
| AMBER TRUNEISE TELLIS | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 23) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Information charging violations of Title 18 United States Code Section 1343, Wire Fraud, is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **September 6, 2024, at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 30th day of May 2024.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE